UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

| | | |
|---|---|---|
| **MITIL DORSELY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION |
| | ) | |
| v. | ) | CASE NO.: 2:17-cv-00037-UA-CM |
| | ) | |
| **GREGORIO GONZALEZ, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO ALLOW CORRECTION
OF SPELLING DUE TO SCRIVENER'S ERROR**

COME NOW Plaintiff, Mitil Dorseli, by and through his undersigned counsel, and moves this Honorable Court for an order amending permitting Plaintiff to amend the case style and the complaint and all subsequent documents, and would state as follows:

1. On January 20, 2017 Plaintiff filed his complaint (DE 1).

2. In this complaint, counsel for Plaintiff misspelled Plaintiff's surname as "Dorsely." The correct spelling of Plaintiff's surname is "Dorseli."

3. Plaintiff's name has been misspelled in all subsequent documents.

4. This mistake has come to the attention of the undersigned counsel.

5. No party will be harmed by the correction of the spelling of Plaintiff's surname.

6. In accordance with Local Rule 3.01(g), the Plaintiff states that the undersigned has conferred with counsel for the Defendant and is authorized to inform the Court that the Defendant does not oppose the relief sought in this motion.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order permitting him to amend the case style and complaint and all subsequent documents to list his surname as "Dorseli."

Dated:   March 29, 2017

                                                   Respectfully submitted,

**/s/ Sara Mangan**
Sara Mangan, Esq.
Florida Bar No.: 0112071
Florida Rural Legal Services, Inc.
3210 Cleveland Avenue, Suite 101
Fort Myers, Florida 33901
Telephone: (239) 334- 4554, ext. 4113
Facsimile: (239) 334-3042
E-mail:  sara.mangan@frls.org

Attorney for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2017 a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to counsel for the Defendant at:

Shaina Thorpe, Esq.
112 North East Street, Suite A
Tampa, Florida 33602
Telephone: (813) 400-0229
Fax: (813) 944-5223
E-mail: Shaina@thorpelawyers.com

                                                     **/s/ Sara Mangan**
                                                     Attorney for Plaintiff